IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICKEY SAWYERS, | : |
| Plaintiff, | : |
| v. | : CIVIL NO. 3:12-CV-01694 |
| | : (Judge Mariani) |
| TIM BROWN, et al., | : |
| Defendants. | : |

### ORDER

AND NOW, TO WIT, THIS 3RD DAY OF FEBRUARY 2014, for the reasons set forth in the foregoing Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (Doc. 19) is **GRANTED**.

2. **JUDGMENT IS ENTERED IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF.**

3. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge